# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KATRINA F. WOOD,**

      **Plaintiff,**

**v.**                                                       **Case No: 6:15-cv-1487-Orl-18DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **[UNOPPOSED] MOTION TO REMAND TO AGENCY (Doc. No. 13)**
>
> **FILED:**      **January 11, 2016**
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

This cause having come before the Court upon the unopposed motion of the Defendant to remand this case to the Commissioner for further administrative action pursuant to Sentence 6 of Section 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. 405(g) and 1383(c)(3). Upon consideration of the Motion, and the grounds urged in support thereof, it is **RECOMMENDED** that this case be remanded to the Commissioner of Social Security in order to hold a *de novo* administrative hearing if necessary because the SSA cannot currently locate the hearing tape and

the Administrative Law Judge's decision. *See* Doc. 13. It is also respectfully **RECOMMENDED** that the Clerk of the Court be directed to administratively close the file.

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

Recommended in Orlando, Florida on January 12, 2016.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy