UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KATRINA F. WOOD,

    Plaintiff,

v.                                                                                    Case No: 6:15-cv-1487-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This case was referred to United States Magistrate Judge David A. Baker for a report and recommendation on Defendant Commissioner of Social Security's unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g), filed on January 11, 2016 (Doc. 13). The Court, having reviewed the Report and Recommendation entered on January 12, 2016 (Doc. 14), and there being no objections, hereby

**ORDERS** that the Report and Recommendation (Doc. 14) is **APPROVED and ADOPTED** as part of this order. The unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) (Doc. 13) is **GRANTED**. This case is **REMANDED** to the Commissioner of Social Security in order to hold a *de novo* administrative hearing if necessary because the Social Security Administration cannot currently locate the hearing tape and the Administrative Law Judge's decision. Further, the Clerk of the Court shall administratively **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida, this __16__ day of February, 2016.

                                                                             G. KENDALL SHARP
                                                                             SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record